DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**S.A.,** the mother,
Appellant,

v.

**DEPARTMENT OF CHILDREN AND FAMILIES,**
and **GUARDIAN AD LITEM,**
Appellees.

No. 4D2024-3292

[April 21, 2025]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Yael Gamm, Judge; L.T. Case No. 16-004062-DP.

Antony P. Ryan, Regional Counsel, Office of Criminal Conflict and Civil Regional Counsel, and Danielle Nicole Forté, Assistant Regional Counsel, Fourth District, West Palm Beach, for appellant.

Carolyn Schwarz of Children's Legal Services, Fort Lauderdale, for appellee Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Mercy Almaguer, Senior Attorney, Appellate Division, Statewide Guardian ad Litem Office, Tallahassee, for appellee Guardian ad Litem on behalf of E.C.A. and M.Z.A.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., WARNER and DAMOORGIAN, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***